```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11943
   MITCHELL A ANHALT
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0667


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/05/07 and confirmed on 09/19/07.

     2.  The case was dismissed after confirmation, 06/20/2008.

     3.  The Debtor paid a total of $    3500.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG           .00           .00           .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE        229.50           .00        229.50
LEIGHLINBRIDGE HOA       SECURED              100.00           .00        100.00
PRAIRIE TRAIL CREDIT UNI SECURED VEHIC           .00           .00           .00
WILL COUNTY TREASURER    SECURED                 .00           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED           6524.16           .00           .00
ECAST SETTLEMENT CORPORA UNSECURED           2302.94           .00           .00
DISCOVER BANK            UNSECURED           9789.46           .00           .00
WELLS FARGO FINANCIAL BA UNSECURED          NOT FILED          .00           .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    329.50        .00     18616.56         .00       18946.06
PRINCIPAL PAID        329.50        .00          .00         .00         329.50
INTEREST PAID            .00        .00          .00         .00            .00
TOTAL PAID            329.50        .00          .00         .00         329.50
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3500.00
and was paid $    500.00  direct and $   3000.00  through the plan.

The Trustee received $    170.50 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 09/10/08                      /S/
```

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE




                                  PAGE   2
       CASE NO. 07 B 11943 MITCHELL A ANHALT
```